Same case below, 634 F.3d 327.

**No. 11-35. U.S. Vision, Inc., et al., Petitioners v. Debra Johnson.**

565 U.S. 1110, 132 S. Ct. 997, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 303.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 841.

**No. 11-67. Ralph Inzunza, Petitioner v. United States.**

565 U.S. 1110, 132 S. Ct. 997, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 373.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 638 F.3d 1006.

**No. 11-120. Michael S. Winters, Sheriff, Jackson County, Oregon, Petitioner v. Cynthia Townsley Willis.**

**No. 11-234. Robert M. Gordon, Sheriff, Washington County, Oregon, Petitioner v. Paul Sansone, et al.**

565 U.S. 1110, 132 S. Ct. 999, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 209.

January 9, 2012. Petitions for writs of certiorari to the Supreme Court of Oregon denied.

Same cases below, 350 Or. 299, 253 P.3d 1058.

**No. 11-157. Scott Beason, et al., Petitioners v. Robert Bentley, Governor of Alabama, et al.**

565 U.S. 1110, 132 S. Ct. 1000, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 219.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 106 So. 3d 926.

**No. 11-206. Jad George Salem, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1110, 132 S. Ct. 1000, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 389.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 647 F.3d 111.

**No. 11-249. Keith Prost, Petitioner v. Carl Anderson, Warden; David George Brace, Petitioner v. United States, et al.; and Eugene H. Mathison, Petitioner v. R. Wiley, Warden.**

565 U.S. 1111, 132 S. Ct. 1001, 181 L. Ed. 2d 733, 2012 U.S. LEXIS 332.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 636 F.3d 578 (first judgment); 634 F.3d 1167 (second judgment); and 318 Fed. Appx. 650 (third judgment).